STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant,

v.

BUDGET RENT–A–CAR OF MISSOURI, INC., Respondent.

No. WD 49150.

Missouri Court of Appeals, Western District.

Nov. 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1994.

Application to Transfer Denied Feb. 21, 1995.

Patrick C. Cena, Kansas City, for appellant.

Michael H. Maher, Gladstone, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

***ORDER***

PER CURIAM:

Appeal from a summary judgment in a declaratory judgment action concerning insurance coverage.

Affirmed. Rule 84.16(b).